UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  vs.

ALLYSON MARIE DENOMIE,                  **<u>INDICTMENT</u>**

       Defendant.
_____/

      The Grand Jury charges:

**Distribution of Cocaine**

      On or about January 27, 2026, in Marquette County, in the Northern Division of the Western District of Michigan, the defendant,

ALLYSON MARIE DENOMIE,

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

               A TRUE BILL

              [ /s/ Redacted ]
             _____
              GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
HANNA L. RUTKOWSKI
Assistant United States Attorney